

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-7-2004

# USA v. Wright

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-4711

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"USA v. Wright" (2004). *2004 Decisions*. Paper 244.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/244

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

IN THE UNITED STATES COURT
OF APPEALS
FOR THE THIRD CIRCUIT

———————

NO. 03-4711

———————

UNITED STATES OF AMERICA

v.

RASEEN WRIGHT,
a/k/a/ Rasheem Wright,
a/k/a Rasheen Wright,

Raseen Wright,
Appellant

———————

On Appeal From the United States
District Court
For the Eastern District of Pennsylvania
(D.C. Crim. Action No. 03-cr-00200)
District Judge:  Hon. John R. Padova

———————

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 5, 2004

BEFORE:  SLOVITER, BECKER and STAPLETON, Circuit Judges

(Filed October 7, 2004)

———————

STAPLETON, Circuit Judge:

Appellant Raseen Wright was indicted for possession of a firearm by a convicted felon. He was convicted by a jury and sentenced to 78 months of imprisonment. This appeal followed.

Officer Poliard saw Wright, whom he had known for approximately five years, firing a handgun. Wright dropped the handgun and fled. Officer Poliard saw him drop the handgun and then gave chase. He ultimately overtook Wright, arrested him, and returned to the original site to take custody of the firearm. At the time of his arrest, Wright had been convicted of a felony.

Appellant's counsel has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and requested permission to withdraw. Our review of the record has found no non-frivolous ground that could be urged as a basis for reversal. The evidence provided ample support for the jury's verdict.

We will affirm the judgment of the District Court and grant counsel's motion to withdraw.